venue affirmed, with ten dollars costs and disbursements. All concurred, except Foote, J., who dissented.

Empire Limestone Company, Respondent, v. Millard & Lupton Company, Appellant. (Appeal No. 2.) — Order striking out amended answer reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. All concurred.

Charles C. Bosche and Robert Bosche, Respondents, v. John A. Cramer, Appellant.— Judgment affirmed, with costs. All concurred.

Antonina Hankowska, Respondent, v. Buffalo Savings Bank, Appellant.— Judgment of Special Term and of City Court reversed and new trial granted, with costs in all courts to appellant to abide event. Held, that receiving in evidence the marks made by the plaintiff in open court was prejudicial error. New trial to be had on February 12, 1912, at ten A. M. All concurred, except McLennan, P. J., who dissented.

B. Parker Chick, Respondent, v. The Menihan Company, Appellant.— Judgment affirmed, with costs. All concurred.

James U. McKay, as Administrator, etc., Respondent, v. Syracuse Rapid Transit Railway Company, Appellant.— Motion for leave to appeal to Court of Appeals granted.

In the Matter of the Application of the City of Buffalo to Acquire in Fee Simple Lands and Premises along the Water Front between Georgia and Jersey Streets for Park Purposes. (Proceeding No. 2.) — Motion for reargument denied, with ten dollars costs.

In the Matter of Clifford H. Newell, an Attorney and Counselor at Law. — This matter is directed to be resubmitted on March 6, 1912.

George H. Thompson, Appellant, v. New Academy Theater Company, Respondent.— Passed twice and dismissed, with costs, under rule 39.*

Elizabeth F. Dunn, as Administratrix, etc., of Thomas Dunn, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Passed twice and dismissed, with costs, under rule 39.*

---

## FOURTH DEPARTMENT, MARCH, 1912.

KHALIL A. BISTANY, Appellant, v. JAMES C. FARGO, as President of the AMERICAN EXPRESS COMPANY, Respondent.

*Carrier — negligence — damage to freight.*

Appeal from a judgment of the Supreme Court in favor of the defendant, entered in the Erie county clerk's office on the 27th day of March, 1911, upon the verdict of a jury rendered by direction of the court after a trial at the Erie Trial Term. Action to recover alleged loss on barrels of "sheep guts" shipped from Constantinople, Turkey, to Buffalo, New York, alleging that the same were damaged in transit.

FOOTE, J.: While the contents of the five barrels of sheep guts, were all to some extent, in bad order on their arrival in .Buffalo, the two barrels